Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 09-10170-RLJ-13 |
| RICHARD RAY SCARBOROUGH | HEARING DATE: 7/1/2009 |
| | HEARING TIME:   11:00 AM |

## NOTICE OF  HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 7/1/2009 at 11:00 AM at the following location

VIDEO HEARING:  US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN FIVE (5) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 7/1/2009 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

| | |
|---|---|
| Dated:     5/11/2009 | Respectfully submitted, |
| | /s/ Walter O'Cheskey |
| | _____ |
| | Walter O'Cheskey
Chapter 13 Trustee |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   5/11/2009                                  /s/ Walter O'Cheskey

                                                                                                                          _____
                                                                                                                          Walter O'Cheskey
                                                                                                                           Chapter 13 Trustee

```
A C SCARBOROUGH 2410 MAPLE ST  ABILENE TX 79602
ASSET ACCEPTANCE PO BOX 2036  WARREN MI 48090
BARCLAYS BANK DELAWARE ATTN CUSTOMER SUPPORT DEPARTMENT PO BOX 8833 WILMINGTON DE 19899
CHASE BANK USA NA PO BOX 100018  KENNESAW GA 30156
CHRYSLER CREDIT PO BOX 8065  ROYAL OAK MI 48068
CHRYSLER FINANCIAL PO BOX 201147  ARLINGTON TX 76006
CREDIT COLLECTIONS 304 E CHURCH AVE  KILLEEN TX 76541
DATA CHEK LLC 2904 SUDDERTH DR  RUIDOSO NM 88345
GENESIS FINANCIAL SOLUTIONS PO BOX 4865  BEAVERTON OR 97076
GMAC PO BOX 130424  ROSEVILLE MN 55113
GMAC PO BOX 5055  TROY MI 48007
HERITAGE HOME SOLUTIONS PO BOX 3591  ABILENE TX 79604
INTERNAL REVENUE SERVICE PO BOX 21125  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE PO BOX 21126  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE SPECIAL PROCEDURES 1100 COMMERCE ST MC 5027DAL DALLAS TX 75248
MONTE J WHITE & ASSOCIATES PC ATTORNEY AT LAW ABILENE 402 CYPRESS SUITE 310 ABILENE TX 79601
NCO FINANCIAL SYSTEMS 507 PRUDENTIAL ROAD  HORSHAM PA 19044
PARAGONWAY 2101 WEST BEN WHIT  AUSTIN TX 78704
PREM RECOVER 7300 T   R  FLORENCE KY 41042
PRIMUS FINANCIAL SERVICES PO BOX 537901  LIVONIA MI 48153
RICHARD RAY SCARBOROUGH 12 WOODCOCK CIRCLE  ABILENE TX 79605
RJM ACQUISITIONS 575 UNDERHILL BLVD STE 2  SYOSSET NY 11791
SECURITY FINANCE CENTRAL BANKRUPTCY 209 DAWSON RD STE 4B  COLUMBIA SC 29223
SUNBELT CREDIT 652 BUSH RIVER RD SUITE 206 COLUMBIA SC 29210
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE 3RD FLOOR DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WASHINGTON MUTUAL BANK 9601 MCALLISTER FREEWAY  SAN ANTONIO TX 78216
WES TEX CONNECT 500 CHESTNUT ST SUITE 1901 ABILENE TX 79602
WFFINANCE 4150 SOUTHWEST DR STE 12  ABILENE TX 79606
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
WILLIAMS TROTTER & ASSOCIATES PO BOX 3138 CLINICAL PATHOLOGY ASSOCIATES ABILENE TX 79604
```