**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:
**RICHARD RAY SCARBOROUGH**
**12 WOODCOCK CIRCLE**                                       CASE NO:09-10170-RLJ-13

**ABILENE, TX 79605**                                          DATED: June 9, 2009

**DEBTOR ATTORNEY:   MONTE J WHITE & ASSOCIATES PC**

---

**TRUSTEE'S NOTICE OF INTENT TO CERTIFY**
**CHAPTER 13 CASE FOR DISMISSAL PURSUANT TO GENERAL ORDER 2007-02 (Section 3. b, c & d-1)**

---

Notice is hereby given to the above named Debtor(s) and Debtor Attorney that the Trustee intends to certify the above named Chapter 13 case for Dismissal for the reasons noted below:

____   Failure to file Authorization for Adequate Protection Disbursements

__X__  Debtor did not pay to the Trustee the first payment due within 30 days of the petition date

____   Debtor failed to attend the Section 341 Meeting of Creditors as required by Section 343 of the Bankruptcy Code.

---

**FAILURE TO CURE ANY OR ALL OF THE DEFICENCIES NOTED ABOVE WITHIN 72 HOURS OF THE DATE OF THIS NOTICE SHALL SUBJECT THIS PETITON TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE PURSUANT TO GENERAL ORDER 2007-02 SECTION 3. b, c & d-1.**

---

  /s/  Walter O'Cheskey_____
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424